## Motor Transport Labor Relations, Inc. *v.* Team Drivers Local No. 470, Appellant.

Argued June 27, 1957.   Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Edward Davis,* for appellants.

*C. Brewster Rhoads,* for appellees.

OPINION PER CURIAM, July 1, 1957:

This is also an appeal from a decree granting a preliminary injunction which must be affirmed for the same reasons as given in the case of *Riverside Borough School District v. International Brotherhood of Electrical Workers, etc.,* 389 Pa. 637.

Decree affirmed at appellants' costs.

Mr. Justice MUSMANNO and Mr. Justice COHEN dissent.